Jacob E. Brooks
1116 W Riverside Ave, Suite 100
Spokane WA 99201
509-456-3123

**THE HONORABLE SALVADOR MENDOZA, JR**

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT SPOKANE**

| | |
|---|---|
| WILLIAM J. WRIGHT, DOC# 807340 a single person,<br><br>Plaintiff,<br><br>v.<br><br>AIRWAY HEIGHTS CORRECTIONS CENTER MSU, WASHINGTON STATE DEPARTMENT OF CORRECTIONS, DON MCINTYRE, health services manager 2, SUPERINTENDENT JAMES R. KEY,<br><br>Defendants. | NO. 2:20-cv-00436-SMJ<br><br>ANSWER AND JURY DEMAND |

**I.    JURISDICTION**

1.1 Admitted.

1.2 Admitted.

ANSWER AND JURY DEMAND

1

ATTORNEY GENERAL OF WASHINGTON
Torts Division
1116 West Riverside, Suite 100
Spokane, WA 99201-1106
(509) 456-3123

1.3 Admitted in part, denied in part. Airway Heights Corrections Center is a corrections center operated by the Washington State Department of Corrections.

1.4 Admitted.

1.5 Admitted.

1.6 Admitted.

1.7 Denied.

1.8 This allegation calls for a conclusion of law and, therefore, no answer is required. To the extent an answer is deemed required, Defendant denies the same.

## II.  FACTS

2.1 Admitted.

2.2 Admitted in part, denied in part. On August 1, 2018, Plaintiff submitted a health services kite requesting surgery for his left foot. Any allegation not specifically admitted is denied.

2.3 Denied.

2.4 Denied. On August 1, 2018, Plaintiff submitted a health services kite requesting surgery for his left foot.

2.5 Denied. On August 2, 2018, medical staff responded "Watch callout for appt."

2.6 Denied.

2.7 Denied.

ANSWER AND JURY DEMAND

2

ATTORNEY GENERAL OF WASHINGTON
Torts Division
1116 West Riverside, Suite 100
Spokane, WA  99201-1106
(509) 456-3123

2.8 Denied.

2.9 Denied.

2.10 Denied.

2.11 Denied.

2.12 Denied. The health services kite, dated September 2, 2018 and received by the Heath Services Unit on September 3, 2018, speaks for itself.

2.13 Admitted in part, denied in part. The Care Review Committee determined that a referral for "podiatry for evaluation and treatment as indicated" was "not medically necessary at this time. The Plaintiff was provided with stiff sole rockerbottom shoes to alleviate pain. Any allegation not specifically admitted is denied.

2.14 Denied.

2.15 Denied.

2.16 Admitted in part, denied in part. Dr. Babol reviewed the Plaintiff's medical records and authored a letter outlining her consultation letter on December 17, 2019. Any allegation not specifically admitted is denied.

2.17 Denied. Dr. Babol's letter speaks for itself.

2.18 Denied. Dr. Babol's letter speaks for itself.

2.19 Denied. Dr. Babol's letter speaks for itself.

2.20 Denied. Dr. Babol's letter speaks for itself.

2.21 Denied.

ANSWER AND JURY DEMAND

3

ATTORNEY GENERAL OF WASHINGTON
Torts Division
1116 West Riverside, Suite 100
Spokane, WA  99201-1106
(509) 456-3123

1  2.22  Denied.

2  2.23  Denied.

3  2.24  Denied.

4  2.25  Denied.

5  2.26  Denied.

6  2.27  Denied.

7  2.28  Denied.

8  2.29  Denied.

### III.    FIRST CAUSE OF ACTION

3.1 Defendants re-allege and incorporate the responses to the allegations above.

3.19  The allegation calls for a conclusion of law and therefore no answer is required. To the extent any response is deemed necessary, the Defendant denies the allegation.

3.20  The allegation calls for a conclusion of law and therefore no answer is required. To the extent any response is deemed necessary, the Defendant denies the allegation.

3.21  The allegation calls for a conclusion of law and therefore no answer is required. To the extent any response is deemed necessary, the Defendant denies the allegation.

ANSWER AND JURY DEMAND

4

ATTORNEY GENERAL OF WASHINGTON
Torts Division
1116 West Riverside, Suite 100
Spokane, WA  99201-1106
(509) 456-3123

3.22  The allegation calls for a conclusion of law and therefore no answer is required. To the extent any response is deemed necessary, the Defendant denies the allegation.

3.23  The allegation calls for a conclusion of law and therefore no answer is required. To the extent any response is deemed necessary, the Defendant denies the allegation.

3.24  The allegation calls for a conclusion of law and therefore no answer is required. To the extent any response is deemed necessary, the Defendant denies the allegation.

3.25  The allegation calls for a conclusion of law and therefore no answer is required. To the extent any response is deemed necessary, the Defendant denies the allegation.

## IV.  SECOND CAUSE OF ACTION

4.1 Defendants re-allege and incorporate the responses to the allegations above.

4.19  The allegation calls for a conclusion of law and therefore no answer is required. To the extent any response is deemed necessary, the Defendant denies the allegation.

4.20  The allegation calls for a conclusion of law and therefore no answer is required. To the extent any response is deemed necessary, the Defendant denies the allegation.

4.21 The allegation calls for a conclusion of law and therefore no answer is required. To the extent any response is deemed necessary, the Defendant denies the allegation.

4.22 The allegation calls for a conclusion of law and therefore no answer is required. To the extent any response is deemed necessary, the Defendant denies the allegation.

4.23 The allegation calls for a conclusion of law and therefore no answer is required. To the extent any response is deemed necessary, the Defendant denies the allegation.

4.24 The allegation calls for a conclusion of law and therefore no answer is required. To the extent any response is deemed necessary, the Defendant denies the allegation.

4.25 The allegation calls for a conclusion of law and therefore no answer is required. To the extent any response is deemed necessary, the Defendant denies the allegation.

4.26 The allegation calls for a conclusion of law and therefore no answer is required. To the extent any response is deemed necessary, the Defendant denies the allegation.

4.27 The allegation calls for a conclusion of law and therefore no answer is required. To the extent any response is deemed necessary, the Defendant denies the allegation.

ANSWER AND JURY DEMAND

6

ATTORNEY GENERAL OF WASHINGTON
Torts Division
1116 West Riverside, Suite 100
Spokane, WA 99201-1106
(509) 456-3123

4.28 The allegation calls for a conclusion of law and therefore no answer is required. To the extent any response is deemed necessary, the Defendant denies the allegation.

4.29 The allegation calls for a conclusion of law and therefore no answer is required. To the extent any response is deemed necessary, the Defendant denies the allegation.

## V. THIRD CAUSE OF ACTION

5.1 Defendants re-allege and incorporate the responses to the allegations above.

5.19 The allegation calls for a conclusion of law and therefore no answer is required. To the extent any response is deemed necessary, the Defendant denies the allegation.

5.20 The allegation calls for a conclusion of law and therefore no answer is required. To the extent any response is deemed necessary, the Defendant denies the allegation.

5.21 The allegation calls for a conclusion of law and therefore no answer is required. To the extent any response is deemed necessary, the Defendant denies the allegation.

5.22 The allegation calls for a conclusion of law and therefore no answer is required. To the extent any response is deemed necessary, the Defendant denies the allegation.

ANSWER AND JURY DEMAND

7

ATTORNEY GENERAL OF WASHINGTON
Torts Division
1116 West Riverside, Suite 100
Spokane, WA 99201-1106
(509) 456-3123

1  5.23   The allegation calls for a conclusion of law and therefore no answer is required. To the extent any response is deemed necessary, the Defendant denies the allegation.

5.24   The allegation calls for a conclusion of law and therefore no answer is required. To the extent any response is deemed necessary, the Defendant denies the allegation.

5.25   The allegation calls for a conclusion of law and therefore no answer is required. To the extent any response is deemed necessary, the Defendant denies the allegation.

5.26   The allegation calls for a conclusion of law and therefore no answer is required. To the extent any response is deemed necessary, the Defendant denies the allegation.

5.27   The allegation calls for a conclusion of law and therefore no answer is required. To the extent any response is deemed necessary, the Defendant denies the allegation.

## VI.   FOURTH CAUSE OF ACTION

6.1 Defendants re-allege and incorporate the responses to the allegations above.

6.19   The allegation calls for a conclusion of law and therefore no answer is required. To the extent any response is deemed necessary, the Defendant denies the allegation.

ANSWER AND JURY DEMAND

8

ATTORNEY GENERAL OF WASHINGTON
Torts Division
1116 West Riverside, Suite 100
Spokane, WA  99201-1106
(509) 456-3123

6.20    The allegation calls for a conclusion of law and therefore no answer is required. To the extent any response is deemed necessary, the Defendant denies the allegation.

6.21    The allegation calls for a conclusion of law and therefore no answer is required. To the extent any response is deemed necessary, the Defendant denies the allegation.

6.22    The allegation calls for a conclusion of law and therefore no answer is required. To the extent any response is deemed necessary, the Defendant denies the allegation.

6.23    The allegation calls for a conclusion of law and therefore no answer is required. To the extent any response is deemed necessary, the Defendant denies the allegation.

6.24    The allegation calls for a conclusion of law and therefore no answer is required. To the extent any response is deemed necessary, the Defendant denies the allegation.

### VII.  PRAYER FOR RELIEF

The allegation is a prayer for relief and therefore no answer is required. To the extent any response is deemed necessary, the Defendant denies that the Plaintiff is entitled to any relief whatsoever.

### VIII. AFFIRMATIVE DEFENSES

By Way of FURTHER ANSWER and AFFIRMATIVE DEFENSE, Defendant alleges:

ANSWER AND JURY DEMAND

9

ATTORNEY GENERAL OF WASHINGTON
Torts Division
1116 West Riverside, Suite 100
Spokane, WA  99201-1106
(509) 456-3123

1. **JURISDICTION** - that the Court lacks jurisdiction over the subject matter of this action and/or over the state agency sued.

2. **PLRA/EXHAUSTION OF ADMINISTRATIVE REMEDIES** - that Plaintiff failed to exhaust administrative remedies and that this action is barred by the Prison Litigation Reform Act; therefore the action will not lie.

3. **COMPARATIVE FAULT** - that the injuries and damages, if any, claimed by the Plaintiff were proximately caused or contributed to by the fault of Plaintiff as defined by RCW 4.22.015.

4. **DISCRETIONARY IMMUNITY** - that all or some of the actions of the Defendant, State of Washington, herein alleged as negligence, manifest a reasonable exercise of judgment and discretion by authorized public officials made in the exercise of governmental authority entrusted to them by law and are neither tortious nor actionable.

5. **STATUTE OF LIMITATIONS** – that the Plaintiff's claims are barred by the statute of limitations.

6. **FAILURE TO STATE A CLAIM** - that the Plaintiff failed to state a claim upon which relief may be granted.

7. **QUALIFIED IMMUNITY/GOOD FAITH** - that the Defendant at all times acted in good faith in the performance of its duties and is therefore immune from suit for the matters charged in Plaintiff's complaint.

8. **SETOFF** - that the Defendant is entitled to an offset from any awards to Plaintiff herein and/or recovery of back monies paid to Plaintiff.

9. FAILURE TO MITIGATE DAMAGES – that the Plaintiff has failed to reasonably mitigate any damages that he has incurred.

## IX. JURY DEMAND

In the event this case proceeds to trial, defendant demands that this case be tried to a jury.

DATED this 2nd day of December, 2020.

ROBERT W. FERGUSON
Attorney General

s/Jacob E. Brooks
JACOB E. BROOKS, WSBA No. 48720
Assistant Attorney General
1116 W. Riverside, Suite 100
Spokane, WA 99201-1106
509-456-3123
Jake.Brooks@atg.wa.gov

## CERTIFICATE OF SERVICE

I hereby certify that I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Douglas D. Phelps
> Phelps and Associates, P.S.
> 2903 N. Stout Road
> Spokane, WA 99206

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 2nd day of December, 2020, at Spokane, Washington.

> ROBERT W. FERGUSON
> Attorney General
>
> s/Jacob E. Brooks
> JACOB E. BROOKS, WSBA No. 48720
> Assistant Attorney General
> 1116 W. Riverside, Suite 100
> Spokane, WA 99201-1106
> 509-456-3123
> Jake.Brooks@atg.wa.gov