AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Dec 08, 2022

SEAN F. McAVOY, CLERK

WILLIAM J. WRIGHT, a single person,

|  |  |
|---|---|
| *Plaintiff* | ) |
| v. | ) |
| AIRWAY HEIGHTS CORRECTION CENTER MSU, WASHINGTON STATE DEPARTMENT OF CORRECTIONS, DON MCINTYRE, Health Services Manger 2, and JAMES KEY, Superintendent, | ) ) ) ) |
| *Defendant* | |

Civil Action No.   2:20-cv-00436-MKD

# JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❑ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❑ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ _____ .

☑ other:   Defendants' Motion for Summary Judgment, ECF No. 38, is GRANTED. Judgment in favor of Defendants'.

This action was *(check one)*:

❑ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❑ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge _____ Mary K. Dimke _____ on motion for Summary Judgment.

Date:  12/08/2022 _____

CLERK OF COURT

SEAN F. McAVOY _____

s/ Nicole Cruz _____
*(By) Deputy Clerk*

Nicole Cruz _____